UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| NAKISHA JACKSON | CIVIL ACTION NO. 20-cv-0238 |
| VERSUS | CHIEF JUDGE HICKS |
| KRISTY COLVIN WILSON ET AL | MAGISTRATE JUDGE HORNSBY |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that this civil action be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 12th day of May, 2020.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT